BOND RECOMMENDATION:                                                                                    RCS/pwd

AO 442 (Rev.5/85) Warrant for Arrest

# United States District Court

Received
U.S. Marshals

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JASON SPURLOCK

WARRANT FOR ARREST
Middle District of Florida
Jacksonville Division

CASE NUMBER: 3:12-cr-131-J-99TJC-JBT

12-mj-1158-KLM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JASON SPURLOCK** and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with conspiracy to manufacture (cultivate) marihuana plants and to distribute and to possess with intent to distribute marihuana.

In violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(vii).

Sheryl L. Loesch
Name & Title of Judicial Officer

Clerk, United States District Court
Title of Issuing Officer

8-15-12 @ Jacksonville, FL
Signature of Issuing Officer  Date and Location

Marlene Kirley
(By) Deputy Clerk

Bail fixed at $ _____          by _____
                                           Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |





FILED IN OPEN COURT

8·15·12

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

JAMES WILLIAM CROSBY
ROBERT CHASE FONTAINE
GAVIN HARRILL
PHILIP KELLY
RONALD LIRA
NICHOLAS SNYDER
JASON SPURLOCK
SAAD VASQUEZ

Case No.   3:12-cr-131-J-99TX-JBT
Ct. 1:     21 U.S.C. §§ 846,
           841(b)(1)(B), & (vii)
Forfeitures: 21 U.S.C. § 853

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about March, 2010, through on or about September, 2011, in Duval County, in the Middle District of Florida, and elsewhere,

JAMES WILLIAM CROSBY,
ROBERT CHASE FONTAINE,
GAVIN HARRILL,
PHILIP KELLY,
RONALD LIRA,
NICHOLAS SNYDER,
JASON SPURLOCK,
SAAD VASQUEZ,

the defendants herein, did knowingly, willfully, and intentionally combine, conspire, confederate, and agree with other persons who are known and unknown to the grand jury, to manufacture (cultivate) marihuana plants, a

Schedule I controlled substance, the number of marihuana plants being 100 or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and to distribute and to possess with intent to distribute marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

It was part of the conspiracy that the defendants would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(B), and 841(b)(1)(C).

## FORFEITURES

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year,

JAMES WILLIAM CROSBY,
ROBERT CHASE FONTAINE,
GAVIN HARRILL,
PHILIP KELLY,
RONALD LIRA,
NICHOLAS SNYDER,

2

JASON SPURLOCK,
SAAD VASQUEZ,

the defendants herein, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all interest in:

    a.    Property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations, and

    b.    Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3.    If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

*James C Ward*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: *[signature]*
RUSSELL C. STODDARD
Assistant United States Attorney

By: *[signature]* for
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Chief, Jacksonville Division

4

FORM OBD-34
APR 1991

Case 3:12-cr-00131-UATC-JBT  Document 1  Filed 08/15/12  Page 5 of 5 PageID 5

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JAMES WILLIAM CROSBY,
ROBERT CHASE FONTAINE,
GAVIN HARRILL,
PHILIP KELLY,
RONALD LIRA,
NICHOLAS SNYDER,
JASON SPURLOCK,
SAAD VASQUEZ,

## INDICTMENT

Violations:

Ct. 1:  21 U.S.C. §§ 846, 841(b)(1)(B)(vii)

A true bill,

_____
Foreperson

Filed in open court this 15th day of August, 2012.

_____
Clerk

Bail  $_____