AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Denver District of Colorado

United States of America
*Plaintiff*

v.

Jason Spurlock
*Defendant*

Case No. 3:12-CR-131-J-99TJC-JBT

12-mj-1158-KLM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jason Spurlock

Date: Nov 27, 2012

_____
*Attorney's signature*

Dallan Dirkmaat  42620, Colorado
*Printed name and bar number*

4705 Oakland St, #A
*Address*

Dallan@Mypeopleslaw.com
*E-mail address*

303-495-4861
*Telephone number*

720-242-8145
*FAX number*